IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN RE:                          )
                                )
    ROBERT DEAN GARTNER,        )    Bankr. Case No. 06-40422
                                )    Chapter 12
                   Debtor.      )
_____)
UNITED STATES OF AMERICA,       )
                                )
             Appellant,         )    4:09CV3008
                                )
        v.                      )
                                )
ROBERT DEAN GARTNER,            )    ORDER
                                )
             Appellee.          )
_____)
```

This matter is before the Court on the agreed motion to stay briefing on appeal (Filing No. 5). The Court finds the stay should be granted. Accordingly,

IT IS ORDERED:

1) Briefing in this matter is stayed pending a decision from the United States Court of Appeals for the Eighth Circuit in either *Knudsen v. IRS* (No. 08-2820) or *United Stats v. Schilke* (No. 08-3227).

2) The parties shall advise the Court when there is a decision in either of those cases and shall submit a proposed briefing schedule to the Court in this matter, which shall include all items that comprise the record.

DATED this 11th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court