IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT DEAN GARTNER, | ) | Bankr. Case No. 06-40422 |
| | ) | Chapter 12 |
| Debtor. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant, | ) | 4:09CV3008 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT DEAN GARTNER, | ) | ORDER |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

This matter is before the Court on the agreement for dismissal of appeal filed by the United States of America (Filing No. 11).  The Court notes the debtor has no objection and finds the agreement should be approved and adopted.  Accordingly,

IT IS ORDERED that the agreement is approved and adopted.  The appeal of the United States is dismissed.

DATED this 17th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court